No. 94–771. OKLAHOMA TAX COMMISSION v. CHICKASAW NATION. C. A. 10th Cir. [Certiorari granted, ante, p. 1071.] Mo-

tion of petitioner to dispense with printing the joint appendix granted.